■ In the Matter of the Accounting of A. LOEB SALKIN, as Trustee, etc., Respondent. THEODORE LIPIN, as Donor, Appellant. THEODORE LIPIN, Appellant, v. A. LOEB SALKIN et al., Respondents.— Motion granted insofar as to permit the papers on appeal from both orders to be printed in one appeal

book, without duplication of printing, and to direct that both appeals be heard together.  Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Stevens, JJ.